UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

    CORTLAND STANDARD PRINTING COMPANY,    Bankruptcy Number 25-30194

    Debtor.

## CERTIFICATE OF SERVICE

Rita Cook being duly sworn affirms under penalties of perjury that the following is true and accurate:

1.) That at all times herein I was not a party to the above captioned proceedings, was over the age of 18 years, and was competent to serve papers in the State of New York.

2.) That on April 15, 2025 I duly served the attached Notice of Motion to Sell (Docket #7) on the parties listed on the attached credit mailing matrix and the attached bidders list by depositing a true and accurate copy of the same in a postage paid envelope and leaving it under the exclusive custody and control of the United States Postal Service.

Dated: April 15, 2025                                    S/ Rita Cook
                                                                                    Rita Cook

John A. Palumbo
10175 Fortune Parkway
Suite 101
Jacksonville, FL 32256

Argo Partners
12 West 37th St., 9th Flr.
New York, NY 10018

Robert Metzger
4276 Hawthorne Drive
Vernon, NY 13476

Morry Glicksman
Bogad Dilomb Corporation
2473 Beachwood Blvd.
Beachwood, OH 44122

John Patane
6782 Nelson Road
Canastota, NY 133032

Doug Chapin
8 Melrose Rd
Auburn, NY 13021

Kelly H. Baxter
P.O. Box 1649
Austin, TX 78767-1649

Ed Bennedy
Box 5245
Cortland, NY 13045

Frank Parella
Results Driven Consulting
6525 Kermit Lane
East Syracuse, NY 13057

LHB Ventures, LLC
P.O. Box 271770
Denver, CO 80127-0030

Andrew J. Antinori, Esq.
5217 Route 9W
Newburgh, NY 12550

Francis Lombardi, II
56 Jordan St
Skaneateles, NY 13152

Mr. Robert S. Zilm
Zilm Investments
5422 E. 109th Place
Tulsa, OK 74137-7279

George G. Vaught, Jr., Esq.
P.O. Box 13557
Denver, CO 80201-3557

Coastland Realty Capital
Attn: Bernard J. Costello
104 Cedar Avenue
Allenhurst, NJ 07711

David A. Loftus, Jr., Esq.
1583 E. Genesee St. Road
Skaneateles, NY 13152

Larry Hughes
4339 Poseidon Circle
Liverpool, NY 13090

Gary Lee
P.O. Box 812
S.Orleans, MA 02662

O'Shea, Ltd.
330 W. 47th St, #203
Kansas City, MO 64112

Jason Roberts
Notes We Buy, LLC
P.O. Box 1249
San Marcos, TX 78667

William Joseph Polito
1124 Brooktree Lane
Webster, NY 14580

Mr. Stacey Foster
9026 Church Street
Remsen, NY 13438-2902

William C. Eiland
P.O. Drawer 11228
Midland, TX 79702-1122

Mr. Al Bacon
P.O. Box 356
McQueeney, TX 78123-0356

Frank Letiza
1206 Avery Avenue
Syracuse, NY 13204

Joseph Talarico
5 Narla Lane
Utica, NY 13501

Shawn K. Patane
Preferred Powersports
8932 Brewerton Road
Brewerton, NY 13029

Kenny Dorbandt
P.O. Box 6111
San Antonio, TX 78209

Scott Jacoby
Wayside Terrace LLC
P.O. Box 5569
Sherman Oaks, CA 91413

LWE Family, LLC
210 S. Manlius St
Fayetteville, NY 13066

CMM 05/07/2025 06:44

| # | Creditor | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | E-mail |
|---|---|---|---|---|---|---|---|---|---|
|  | Vision Data | 1377 3rd Street #1815 |  |  |  | Rensselaer | NY | 12144-1899 |  |
|  | Software Consulting Services, LLC | 252 Brodhead Road, Ste. 400 |  |  |  | Bethlehem | PA | 18017-8985 |  |
|  | Impact Creative Solutions LLC | 1608 14th Street NW | Suite 201 |  |  | Washington | DC | 20009-7825 |  |
|  | Evan Geibel | 799 State Route 222 |  |  |  | Cortland | NY | 13045-9382 |  |
|  | New York State Insurance Fund | PO Box 5519 |  |  |  | Binghamton | NY | 13902-5519 |  |
|  | Stephen A. Giebel | 31 Prospect Terrrace |  |  |  | Cortland | NY | 13045-2520 |  |
|  | Tallmadge Tire | 50 Groton Avenue |  |  |  | Cortland | NY | 13045-1940 |  |
|  | United Refining Company | 15 Bradley Street |  |  |  | Warren | PA | 16365-3299 |  |
|  | Software Consulting Services LLC | 252 Brodhead Road | Suite 400 |  |  | Bethlehem | PA | 18017-8985 |  |
|  | US Bank | PO Box 1950 |  |  |  | Saint Paul | MN | 55101-0950 |  |
|  | Thomas Giebel | 549 Lime Hollow Road |  |  |  | Cortland | NY | 13045-9301 |  |
|  | U.S. Trustee | U.S. Trustee Office | 10 Broad Street, | Room 105 |  | Utica | NY | 13501-1258 |  |
|  | All Mode Communication | 1725 Freeville Road |  |  |  | Freeville | NY | 13068 |  |
|  | Dirk VanPatten | 100 Otisco Valley Road |  |  |  | Cortland | NY | 13045 |  |

| # | Creditor | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | E-mail |
|---|---|---|---|---|---|---|---|---|---|
| | Thomas Geibel | 549 Lime Hollow Road | | | | Cortland | NY | 13045-9301 | |
| | Hummels Office Equipment | PO Box 351 | | | | Muskegon | MI | 49443-0351 | |
| | Cortland County Treasurer | 60 Central Avenue | | | | Cortland | NY | 13045-2746 | |
| | Steven Richard Dolson-Trustee | The Law Offices of Steven R Dolson PLLC | 6320 Fly Road | Suite 201 | | East Syracuse | NY | 13057-9323 | |
| | Andrew McMeel Publishings | 1130 Walnut Street | | | | Kansas City | MO | 64106-2109 | |
| | CORTLAND STANDARD PRINTING COMPANY | 110 Main Street | | | | Cortland | NY | 13045-6607 | |
| | U.S. Bankruptcy Court | James M. Hanley Federal Building | 100 South Clinton Street, Room 315 | P.O. Box 7008 | | Syracuse | NY | 13261-7008 | |
| | Tribune Content Agency | 1000 Albion Avenue | | | | Schaumburg | IL | 60193-4549 | |
| | Chimera Integrations | 6437 Colmaer Road | | | | East Syracuse | NY | 13057-1559 | |
| | US BANK | PO BOX 5229 | | | | CINCINNATI | OH | 45201-5229 | |
| | Eastman Kodak | 343 State Street | | | | Rochester | NY | 14650-0001 | |
| | The Palladium Times | 10 W 1st Street | | | | Oswego | NY | 13126-1555 | |
| | Cortland Area Chamber of Commerce | 83 Main Street | | | | Cortland | NY | 13045-2610 | |
| | Kin Features Syndicate IOnc. | 300 W 57th Street | Floor 15 | | | New York | NY | 10019-3741 | |

| # | Creditor | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | E-mail |
|---|---|---|---|---|---|---|---|---|---|
| | City of Cortland | c/o Department of Finance | 25 Court Street C | | | Cortland | NY | 13045-2617 | |
| | Plan First Technologies | 17 Main Street #302 | | | | Cortland | NY | 13045-6615 | |
| | TK Elevator Corp. | 519 8th Avenue Floor 6 | | | | New York | NY | 10018-4591 | |
| | K&B Plumbing and Heating | 62 Madison Street | | | | Cortland | NY | 13045-1702 | |
| | Palladium Times | c/o SMGO8/Palladium Times | 325 Penn Street | PO Box 384 | | Huntingdon | PA | 16652-0384 | |
| | Maxsen D Champion | Maxsen D. Champion, Esq. | 8578 East Genesee Street | | | Fayetteville | NY | 13066-9649 | |
| | Creative Circle Media Solutions | 945 Waterman Avenue | | | | East Providence | RI | 02914-1342 | |
| | New York State Press Service | 621 Columbia Street Ext. 100 | | | | Cohoes | NY | 12047-3841 | |
| | Newspaper toolbox | 929 Seminaire NOrth | Suite 200 | | | St. Jean Sur Richeliue QC | | | |